In the Matter of the Application for Compulsory Accounting in the Estate of JACOB APPELL, Deceased. AMANDA APPELL and Another, as Executors, etc., for an Order Directing Payment of a Distributive Share. In the Matter of the Judicial Settlement of the Account of Proceedings of AMANDA APPELL, Executrix. etc., of JACOB APPELL, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GUSSIE GRAFF, Respondent, v. ALBERT GRAFF, Appellant.— Judgment modified by reducing amount granted to plaintiff as alimony to the sum of seven dollars per week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD SCHAFER, Respondent, v. THE CITY OF NEW YORK and Others, Appellants, and MURRAY HULBERT, President of the Board of Aldermen of the City of New York, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WOHL, SOUTH & COMPANY v. LOUIS REICHENBACH and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES M. CAMPBELL v. MOODY B. GATES.— Motion for leave to appeal granted; question certified. Motion in other respects denied, but with leave to defendant to answer as stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES J. BOGUE ELECTRIC COMPANY v. THE ELECTRIC WELDING COMPANY OF AMERICA, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HONGKONG AND SHANGHAI BANKING CORPORATION v. THE LAZARD-GODCHAUX COMPANY OF AMERICA, INC.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of GEORGE McANENY and Others, Constituting the Transit Commission, etc.— Motion granted. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

GUSTAVE DISCH v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

YELLOW CAB MANUFACTURING COMPANY, Respondent, v. CHECKER CAB MANUFACTURING CORPORATION and Others, Appellants.— Motion granted and stay vacated. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

MARTHA M. RODGERS, as Sole Surviving Executrix, etc., of JOHN C. RODGERS, Deceased, Appellant, v. HELEN M. RODGERS, as Administratrix, etc., of JAMES M. RODGERS, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.